ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone: (209)544-0200
Fax: (209)544-1860
Attorney for Defendant,
LAIMIRO BOBADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 1:18-CR-00156-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF CHANGE OF PLEA HEARING |
| vs. | |
| LAIMIRO BOBADILLA, | |
| Defendant. | |

Defendant, LAIMIRO BOBADILLA, through his attorney ROBERT L. FORKNER, together with the United States of America through its undersigned counsel, VINCENZA RABENN, Assistant United States Attorney, hereby stipulate and request the following:

1. That the Court continue the change of plea hearing in the above-captioned case from June 24, 2019, to July 15, 2019, at 9:30 a.m.

2. Due to a conflict in Mr. Forkner's calendar, defense counsel was unable to meet with Mr. BOBADILLA prior to the current scheduled hearing of June 24, 2019, Mr. Forkner was dealing with a loss of a family member. Ms. Echevarria was in a Jury Trial in Stanislaus County Case number 4020070. Further, defendant's work schedule did not allow for sufficient time to

meet with Mr. Bobadilla; in order to answer his questions, research, and file possible defense motions.

3. A continuance is requested to allow defense counsel time to file any motions before the currently scheduled date. The government and probation officer have been notified and have no objections.

For these reasons, the parties stipulate and request that the Court exclude time which the trial must commence under the Speedy Trial Act from June 24, 2019 through July 15, 2019, for defense preparation under 18 U.S.C. § 3161 (h) (8) (B) (ii) and (iv).

IT IS SO STIPULATED.


Dated: June 21, 2019   /s/ Robert L. Forkner
                       ROBERT L. FORKNER
                       Attorney for Defendant
                       LAIMIRO BOBADILLA

Dated: June 21, 2019   McGREGOR W. SCOTT
                       United States Attorney

                       by: /s/ Vincenza Rabenn
                       Vincenza Rabenn
                       Assistant U.S. Attorney

ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone: (209)544-0200
Fax: (209)544-1860

Attorney for Defendant
LAIMIRO BOBADILLA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>LAIMIRO BOBADILLA,<br><br>  Defendant. | CASE NO. 1:18-CR-00156-DAD-BAM<br><br>ORDER TO CONTINUE SENTENCING HEARING |

Pursuant to the stipulation of the parties, defendant's Change of Plea Hearing in the above-entitled case shall be continued from June 24, 2019 to July 15, 2019 at 10:00 a.m. and the time which the trial must commence is excluded under the Speedy Trial Act from June 24, 2019 through July 15, 2019, for defense preparation under 18 U.S.C. § 3161 (h) (8) (B) (ii) and (iv)

IT IS SO ORDERED.

Dated: **June 21, 2019**  _____
UNITED STATES DISTRICT JUDGE