ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone: (209)544-0200
Fax:          (209)544-1860

Attorney for Defendant,
LAIMIRO BOBADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 1:18-CR-00156-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF CHANGE OF PLEA HEARING |
| vs. | |
| LAIMIRO BOBADILLA, | |
| Defendant. | |

Defendant, LAIMIRO BOBADILLA, through his attorney ROBERT L. FORKNER, together with the United States of America through its undersigned counsel, VINCENZA RABENN, Assistant United States Attorney, hereby stipulate and request the following:

1.　　That the Court continue the change of plea hearing in the above-captioned case from July 15, 2019, to October 7, 2019 at 10:00 a.m.

2.　　The government has recently provided discovery associated with this case that includes recorded statements given by Mr. Bobadilla that my office previously did not have..

- 1 -

3. A continuance is requested to allow defense counsel time to review the newly disclosed discovery with his client, to discuss potential resolutions and file any motions before the currently scheduled date. The government has been notified and have no objections.

For these reasons, the parties stipulate and request that the Court exclude time which the trial must commence under the Speedy Trial Act from July 15, 2019 through October 7, 2019 for defense preparation under 18 U.S.C. § 3161 (h) (8) (B) (ii) and (iv).

IT IS SO STIPULATED.

Dated: July 8, 2019  /s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for Defendant
LAIMIRO BOBADILLA

Dated: July 8, 2019  McGREGOR W. SCOTT
United States Attorney

by: /s/ Vincenza Rabenn
Vincenza Rabenn
Assistant U.S. Attorney

## ORDER

The change of plea hearing currently set for July 15, 2019 be continued to October 7, 2019 at 10:00 a.m. Time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) through October 7, 2019.

IT IS SO ORDERED.

Dated: **July 11, 2019**

UNITED STATES DISTRICT JUDGE