ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:	(209)544-0200
Fax:	(209)544-1860
Attorney for Defendant,
LAIMIRO BOBADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 1:18-CR-00156-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING |
| vs. | |
| LAIMIRO BOBADILLA, | |
| Defendant. | |

Defendant, LAIMIRO BOBADILLA, through his attorney ROBERT L. FORKNER, together with the United States of America through its undersigned counsel, VINCENZA RABENN, Assistant United States Attorney, hereby stipulate and request the following:

1.   That the Court continue the sentencing hearing in the above-captioned case from January 15, 2020, to March 9, 2020, at 10:00 a.m.

2.   Due to a conflict in calendars between defense counsel and the U.S. Probation officer, Mr. Bobadilla was unable to be interviewed for the presentencing report until December 2nd.

3. A continuance is requested to allow U.S. probation Officer Megan Pascual sufficient time to prepare the Pre-Sentence report and allow defense counsel time to review the report with Mr. Bobadilla; to answer his questions, research, and investigate possible defense before the currently scheduled sentencing date. The government and probation officer have no objections to the new date.

For these reasons, the parties stipulate and request that the Court exclude time in which the trial must commence under the Speedy Trial Act from January 15, 2020 through March 9, 2020, for defense preparation under 18 U.S.C. § 3161 (h) (8) (B) (ii) and (iv).

IT IS SO STIPULATED.

Dated: December 6, 2019
/s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for Defendant
LAIMIRO BOBADILLA

Dated: December 6, 2019
McGREGOR W. SCOTT
United States Attorney

by: /s/ Vincenza Rabenn
Vincenza Rabenn
Assistant U.S. Attorney

**O R D E R**

Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for January 15, 2020, is continued to March 9, 2020, at 10 am.

IT IS SO ORDERED.

Dated: **December 6, 2019**

UNITED STATES DISTRICT JUDGE